UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

MARLINDA T. STINSON CHAPTER 7

DEBTOR CASE NO. 07-31867-WRS

## MOTION OBJECTING TO DISCHARGE

Comes now Teresa R. Jacobs, bankruptcy administrator for this district, and objects to the discharge of the debtor herein and as grounds therefor would state:

1. This court has jurisdiction in this cause pursuant to 28 U.S.C. §1334.

2. This matter is a core proceeding under 28 U.S.C. §157(b)(2)(J).

3. The debtor herein filed a voluntary petition for relief under chapter 13 of title 11, U.S. Code on November 27, 2007 which she converted to one under chapter 7 on September 25, 2012.

4. On August 6, 2002, Marlinda Stinson filed a petition for relief under chapter 13. Said petition was designated by the U.S. Bankruptcy Court for the Middle District of Alabama as case number 02-32336. Marlinda Stinson was granted a discharge in said case under §1328 on January 17, 2007 and payments to unsecured creditors under the plan totaled 30% .

5. 11 U.S.C. §727 (a)(9) precludes the granting of a discharge to the debtor in the instant case as a result of the discharge under §1328 in a case commenced within six years of the instant proceeding. The prior case was filed on August 6, 2002 and the current case was filed on November 28, 2007, within six years.

6. The deadline for filing complaints in the instant bankruptcy case pursuant to 11 U.S.C. §727 is January 2, 2013.

7. Amendments to Fed. R. Bankr. Proc. 4004 which became effective December 1, 2010

permit dismissal by motion, rather than adversary proceeding, in connection with 11 U.S.C. §727(a)(9).

WHEREFORE, these premises considered, the Bankruptcy Administrator moves for an order denying a discharge of the debts listed within the petition pursuant to 11 U.S.C. §727(a)(9) and for such other and further relief to which the plaintiff may be legally or equitably entitled.

/s/Teresa R. Jacobs
United States Bankruptcy Administrator
ASB5548-S77T

U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
(334)954-3900
Teresa_Jacobs@almb.uscourts.gov